**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-339 (PJS/JJK) |
| Plaintiff, | |
| v. | **Order** |
| GIESY SANCHEZ (3), | |
| Defendant. | |

Jeffrey S. Paulsen, Esq., Assistant United States Attorney, counsel for Plaintiff.

Lee R. Wolfgram, Esq., The Wolfgram Law Firm, Ltd., counsel for Defendant Sanchez.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 24, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Giesy Sanchez's Motion to Suppress Evidence Obtained by Seizure (Doc. No. 112), is **DENIED**.

Date:  April 11, 2011

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge